UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JOHN PIERCE LANKFORD,** | ) |
| | ) |
| | ) No. 3:12-mc-00039 |
| | ) Judge Campbell |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |

**O R D E R**

John Pierce Lankford has filed a *pro se* "Petition for Conditional Restoration of Citizenship Rights." (Docket No. 1). Mr. Lankford resides in Hendersonville, Tennessee. It is unclear from the petition whether Mr. Lankford seeks to initiate a federal civil action or whether Mr. Lankford is providing notice to the court of pending state court proceedings undertaken by Mr. Lankford pursuant to Tennessee Code Annotated § 40-29-105. Mr. Lankford did not submit the three hundred fifty dollar ($350.00) civil filing fee. Neither did he submit an application to proceed *in forma pauperis* in lieu thereof.

If Mr. Lankford intends to prosecute a federal civil action, he must submit the required civil filing fee or an application to proceed as a pauper. The Clerk is **DIRECTED** to send Mr. Lankford a blank application to proceed *in forma pauperis*. He, in turn, is directed to do one of the following within thirty (30) days of the date that he receives this order if he intends to prosecute a federal civil action: (1) **either** pay the full three hundred fifty dollar ($350.00) filing fee; (2) **or** complete the application to proceed *in forma pauperis* and return the properly completed application to the district court.

1

Mr. Lankford is forewarned that if he does not comply with this order within the 30-day time frame specified, his action will not be filed.

If Mr. Lankford intends only to provide the court with notice of his state court proceedings, Mr. Lankford shall so notify the court in writing within thirty (30) days of entry of this order.

An extension of time to comply with this order may be requested from this court if a motion for an extension of time is filed within thirty (30) days of the date of entry of this order. *Floyd v. United States Postal Service*, 105 F.3d 274, 279 (6th Cir. 1997), *superseded on other grounds by* Rule 24, Fed. R. App. P.

It is so **ORDERED.**

_____
Todd J. Campbell
United States District Judge