UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN PIERCE LANKFORD, | ) |
| | ) |
| | ) No. 3:12-mc-00039 |
| | ) Judge Campbell |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |

**O R D E R**

John Pierce Lankford, a resident of Hendersonville, Tennessee, has filed a *pro se* "Petition for Conditional Restoration of Citizenship Rights." (Docket No. 1).

Because it is unclear from the petition whether Mr. Lankford seeks to initiate a federal civil action or only to provide notice to the court of pending state court proceedings, by order entered on May 10, 2012, the court directed Mr. Lankford to submit the required civil filing fee or an application to proceed as a pauper if he intends to initiate a federal civil action. (Docket No. 2). The court further instructed Mr. Lankford that, if he intends only to provide the court with notice of his state court proceedings, he must notify the court in writing within thirty (30) days. (*Id.*)

On May 29, 2012, Mr. Lankford filed a motion for leave to proceed *in forma pauperis*. (Docket No. 5). However, Mr. Lankford's motion lacks his signature. (*Id*. at p. 1).

Further, the court is unable to rule on the plaintiff's motion (application to proceed *in forma pauperis*) with the information provided. Mr. Lankford's application indicates that he has no expenses and no income. (Docket No. 5). Yet, Mr. Lankford has provided the court with a residential mailing address. Mr. Lankford likely has expenses related to shelter and food, at a minimum, which are not included in the pauper application.

Therefore, the Clerk shall make a copy of the application for the court's records and return the original application to Mr. Lankford for his signature. Mr. Lankford, in turn, is directed to sign and return the application to the court, **along with** a signed statement setting forth with specificity (as detailed as possible) the **sources** and **amounts** of any and all income, benefits, or assets used to support himself for the past twelve (12) months, including, but not limited to: regular wages, Supplemental Security Income (SSI) payments, food stamps, worker's compensation, unemployment compensation, real and personal property, assistance from family or friends, etc. Mr. Lankford also must provide the court with an estimate of his monthly expenses. The court needs this information so that the court can assess whether Mr. Lankford is entitled to pursue his lawsuit as a pauper.

Mr. Lankford is forewarned that failure to provide the required information within the time frame specified will result in the denial of his application to proceed *in forma pauperis*. Because this action will not be filed until either (1) the plaintiff's application to proceed *in forma pauperis* is granted, or (2) he pays the three hundred fifty dollar ($350.00) civil filing fee, should the plaintiff fail to submit the requested information <u>or</u> to pay the $350.00 filing fee within the time frame specified, any limitations period applicable to this action will no longer be tolled, and the plaintiff's lawsuit could be dismissed.

An extension of time to comply with this order may be requested from this court if a motion for an extension of time is filed within thirty (30) days of the date of entry of this order. *Floyd v. United States Postal Service*, 105 F.3d 274, 279 (6th Cir. 1997), *superseded on other grounds by* Rule 24, Fed. R. App. P.

It is so **ORDERED.**

*Todd Campbell*
Todd J. Campbell
United States District Judge